**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Armando NAVARRETE, Defendant–**
**Appellant.**

No. 06–11212
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 31, 2007.

Daniel D. Guess, John Joseph De La Garza, III, Keith Robinson, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before KING, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Armando Navarrete has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Navarrete has filed a response, in which he asserts that appellate counsel was ineffective for failing to argue that Navarrete is not a career offender because his prior convictions were de facto consolidated. Navarrete's ineffective assistance claim is without merit. *See United States v. Hayes,* 342 F.3d 385, 388 (5th Cir.2003). Our independent review of the record, counsel's brief, and Navarrete's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.